UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Stacy Sommerfeld v. Bayer Corporation et al* | No. 09-cv-10047-DRH |
| *Kelly Minardo v. Bayer Corporation et al* | No. 09-cv-10184-DRH |
| *Shannon Moore v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12179-DRH |
| *Sarah Mora v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10184-DRH |
| *Kylie Patten v. Bayer Corporation et al* | No. 09-cv-10018-DRH |
| *Megan Pitts v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-10758-DRH |
| *Freddie Sanders v. Bayer Corporation et al* | No. 10-cv-10123-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 26, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                   **JUSTINE FLANAGAN,**
                                   **ACTING CLERK OF COURT**

                                   **BY:** /s/*Caitlin Fischer*
                                          **Deputy Clerk**

Date: September 26, 2014

Digitally signed by David R. Herndon
Date: 2014.09.26 16:12:59 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT